| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Holmes, Barbara D. | 2. Court or Organization U.S. District Court, MD Tennessee | 3. Date of Report 10/31/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Magistrate Judge (Full Time) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ✔ Annual ☐ Final 5b. ✔ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
801 Broadway, Room 756
Nashville, TN 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Homework Hotline |
| 2. Trustee | Nashville Bar Foundation |
| 3. Trustee | Tennessee Bar Foundation |
| 4. Director | Peterson Foundation for Parkinson's |
| 5. Executor | Family Estate #1 |
| 6. Shareholder (Partner) | Harwell Howard Hyne Gabbert & Manner, P.C. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Barbara D. | 10/31/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Harwell Howard Hyne Gabbert & Manner P.C. - Salary | $98,349.61 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Metropolitan Nashville Davidson County - Salary |
| 2. | 2015 | Powers Management - Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Barbara D. | 10/31/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Nashville Bar Association | Purchase of refreshments for investiture ceremony | $519.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Barbara D. | 10/31/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S Savings Bond | A | Interest | J | T | | | | | |
| 2. Northwestern Mutual Variable Annuity | | None | | | Closed | 09/30/15 | M | | 1035 Exchange-Nationwide |
| 3. -Delaware MGMT Domestic Equity | A | Int./Div. | | | Sold | 09/30/15 | K | | |
| 4. -Janus Focused Appreciation | A | Int./Div. | | | Sold | 09/30/15 | J | | |
| 5. -American Centrury Mid Cap Value | A | Int./Div. | | | Sold | 09/30/15 | K | | |
| 6. -Fidelity VIP Mid Cap | A | Int./Div. | | | Sold | 09/30/15 | J | | |
| 7. -T Rowe Price Mid Cap Value | A | Int./Div. | | | Sold | 09/30/15 | J | | |
| 8. -Wellington Small Cap Growth | A | Int./Div. | | | Sold | 09/30/15 | J | | |
| 9. -Franklin Templeton International Equity | A | Int./Div. | | | Sold | 09/30/15 | K | | |
| 10. -Wells Capital Mgmt. Select Bond | A | Int./Div. | | | Sold | 09/30/15 | K | | |
| 11. -Federated Investors High Yield Bond | A | Int./Div. | | | Sold | 09/30/15 | K | | |
| 12. Mass Mutual Enhanced Whole Life Policy | A | Dividend | K | T | | | | | |
| 13. Regions Money Market | A | Interest | L | T | | | | | |
| 14. US Community Credit Union Various Cash Accounts | A | Interest | M | T | | | | | |
| 15. Stock in Harwell Howard Hyne Gabbert Manner P.C. (H3GM) | | None | | | Sold | 07/31/15 | J | | H3GM |
| 16. UBS 401(k) (with former employer) | | None | | | Sold | 08/27/15 | N | | IRA Rollover |
| 17. -AB High Income | A | Dividend | | | Sold | 08/27/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Barbara D. | 10/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[  ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Alger Spectra Inst. | A | Dividend | | | Sold | 08/27/15 | K | | |
| 19. -Allianz NFJ Small Cap Value | A | Dividend | | | Sold | 08/27/15 | K | | |
| 20. -American Century Equity | C | Dividend | | | Sold | 08/27/15 | K | | |
| 21. -Columbia Acorn Intl. | A | Dividend | | | Sold | 08/27/15 | K | | |
| 22. -Cuna Mutual Guarantee Account | A | Dividend | | | Sold | 08/27/15 | K | | |
| 23. -Delaware Diversified Income | C | Dividend | | | Sold | 08/27/15 | K | | |
| 24. -Delaware Value | A | Dividend | | | Sold | 08/27/15 | K | | |
| 25. -First Eagle Overseas | A | Dividend | | | Sold | 08/27/15 | K | | |
| 26. -Ivy Asset Strategy | A | Dividend | | | Sold | 08/27/15 | K | | |
| 27. -John Hancock Large Cap Growth | B | Dividend | | | Sold | 08/27/15 | K | | |
| 28. -JP Morgan Large Cap Growth | C | Dividend | | | Sold | 08/27/15 | K | | |
| 29. -Lord Abbett Value | B | Dividend | | | Sold | 08/27/15 | K | | |
| 30. -MFS Value | A | Dividend | | | Sold | 08/27/15 | K | | |
| 31. -Oppenheimer Intl. Growth | A | Dividend | | | Sold | 08/27/15 | K | | |
| 32. -Pimco GNMA | B | Dividend | | | Sold | 08/27/15 | K | | |
| 33. -Prudential GLBL Real Estate | B | Dividend | | | Sold | 08/27/15 | K | | |
| 34. -Templeton Global Bond | A | Dividend | | | Sold | 08/27/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Barbara D. | 10/31/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Virtus Alternatives | A | Dividend | | | Sold | 08/27/15 | K | | |
| 36. Pershing LLC IRA (Cash) | A | Interest | L | T | Open | 09/16/15 | L | | |
| 37. -iShares Core Aggregate Bond Fund ETF | A | Dividend | L | T | Buy | 11/04/15 | L | | |
| 38. -iShares US Investement Grade Bond Fund ETF | A | Dividend | M | T | Buy | 11/04/15 | L | | |
| 39. -iShares Core High Dividend ETF | A | Dividend | K | T | Buy | 11/13/15 | K | | |
| 40. -Vanguard World Energy ETF | A | Dividend | K | T | Buy | 11/04/15 | K | | |
| 41. -Vanguard International Equity Emerging Markets ETF | A | Dividend | K | T | Buy | 11/04/15 | K | | |
| 42. -Vanguard Index Growth ETF | A | Dividend | L | T | Buy | 11/04/15 | L | | |
| 43. -Vanguard Index Growth ETF | A | Dividend | L | T | Buy | 11/30/15 | L | | |
| 44. - Vanguard Index Value ETF | A | Dividend | L | T | Buy | 11/04/15 | L | | |
| 45. Nationdwide Variable Annuity | | None | M | T | Buy | 10/09/15 | M | | |
| 46. -Fidelity VIP Free 2010 Mutual Fund | A | Dividend | L | T | Buy | 10/09/15 | L | | |
| 47. -NW Cardinal Managed Growth Mutual Fund | A | Dividend | L | T | Buy | 10/09/15 | L | | |
| 48. -NW Indvest Managed Growth Mutual Fund | A | Dividend | L | T | Buy | 10/09/15 | L | | |
| 49. -NW Indvest Managed Growth Inc II Mutual Fund | A | Dividend | L | T | Buy | 10/09/15 | L | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Barbara D. | 10/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Barbara D. | 10/31/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In part I I listed being an executor to Family Estate #1. This Family Estate was not established by anyone in my househould. In addition, there is no one in my househould who receives any interest or income from the estate.

Please note Northwestern Mutual VA was exchanged, not sold, therefore listed as "closed".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara D. Holmes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544